# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 9, 2023

## NO. 03-22-00416-CV

**Robert Francis O'Rourke, Appellant**

**v.**

**Kelcy Warren, Appellee**

### APPEAL FROM THE 424TH DISTRICT COURT OF SAN SABA COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
### REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on July 5, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.